# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN ZOERB, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LAW OFFICES OF PATENAUDE & FELIX, A.P.C., et al.,<br><br>Defendants. | Case No.  14-cv-468-BAS (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO APPOINT SPECIAL MASTER**<br><br>[ECF 32] |

Pending before the Court is the parties' joint motion to appoint the Honorable Herbert B. Hoffman, California Superior Court Judge (Ret.) as special master under Federal Rule of Civil Procedure 53. Having read and considered the moving papers, the good cause appearing, the Court **GRANTS** the motion (ECF 32) and order as follows:

- Judge Hoffman is hereby appointed as a Special Master in this case to oversee all settlement negotiations; including overseeing and assisting

the parties in crafting an appropriate class definition, class-action notice, and injunction. Judge Hoffman shall also assist the parties in negotiations regarding the appropriate class member relief and attorneys' fees.

- Judge Hoffman shall preside over all necessary settlement meetings and issue any necessary reports and recommendations to the Court regarding the proposed class settlement.

- Shortly after the Class Action Settlement Agreement is filed, and upon completion of any necessary settlement meetings, Judge Hoffman shall submit a report and recommendation to the Court regarding whether the Court should grant preliminary certification and approval per Fed. R. Civ. P. 23 to the agreed-upon class settlement.

- Judge Hoffman shall be paid his standard fee at the conclusion of this matter. The parties shall pay all fees incurred by Judge Hoffman. In conjunction with his accepted responsibilities, Judge Hoffman will be free to communicate ex parte with the Court, or with any party, regarding the settlement of this matter. As appropriate, a record of all hearing and evidence before Judge Hoffman shall be maintained, just as if the parties were in open court.

**IT IS SO ORDERED.**

Dated: June 23, 2015

Hon. Cynthia Bashant
United States District Judge